# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

| | | | |
|---|---|---|---|
| **Plaintiff**(s): | Crisby Studio AB , ; Niklas Thorin , ; | **Defendant**(s): | GoDaddy, Inc. , ; GoDaddy.com, LLC , ; 123-Reg Limited , ; |

County of Residence: Outside the State of Arizona

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

Defendant's Atty(s):

**Isaac S. Crum ,**
Messner Reeves LLP
7250 N 16th Street, Ste. 410
Phoenix, Arizona  85020
602-547-5059

,

**Jeffrey J. Neuman ,**
JJN Solutions, LLC
9445 Brenner Ct.
Vienna, Virginia  22180
202-549-5079

,

---

**IFP REQUESTED**

---

**REMOVAL FROM COUNTY, CASE #**

---

| | |
|---|---|
| II. Basis of Jurisdiction: | 4. Diversity (complete item III) |
| III. Citizenship of Principal Parties (**Diversity Cases Only**) | |
| Plaintiff:- | 5 Non AZ corp and Principal place of Business outside AZ |
| Defendant:- | 4 AZ corp or Principal place of Bus. in AZ |
| IV. Origin : | 1. Original Proceeding |
| V. Nature of Suit: | 380 Other Personal Property Damage |
| VI. Cause of Action: | Diversity action under 28 U.S.C. § 1332 for Conversion, Trespass to Chattel; Breach of Auction Membership Contract; Breach of Registration Agreement; Breach of the Covenant of Good Faith and Fair Dealing as to GoDaddy Defendants; Tortious Interference with Prospective Economic Advantage as to All Defendants; Tortious Interference with Contract; Gross Negligence, Negligence, Negligent Misrepresentation, Estoppel, and Request for Injunctive Relief. |
| VII. Requested in Complaint | |
| Class Action: | No |

Dollar Demand:

Jury Demand: **Yes**

VIII. This case **is not related** to another case.

**Signature:** Isaac S. Crum

**Date:** 8/23/2024

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014