IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Crisby Studio AB, a Swedish limited liability company, and Niklas Thorin, a Swedish resident<br><br>Plaintiffs,<br><br>v.<br><br>GoDaddy, Inc., a Delaware corporation, GoDaddy.com, LLC, a Delaware corporation, and 123-Reg Limited, a UK company,<br><br>Defendants. | Case No.<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION** |

Having considered Plaintiffs Crisby Studio AB, and Niklas Thorin ("Crisby" or "Plaintiff"), motion pursuant to Fed. R. Civ.P. 65 and Local Rule 65.1 for a temporary restraining order, and good cause appearing,

It is **HEREBY ORDERED** that Plaintiffs' Motion is GRANTED;

It is **FURTHER ORDERED** Defendants GoDaddy, Inc., GoDaddy.com, LLC and 123-Reg Limited (collectively "Defendants"), its officers, agents, directors, affiliates, servants, employees, and all persons acting in concert with them, are hereby enjoined from directly or indirectly causing the expiration of the calor.com domain name ("Domain") or allowing the Domain to revert to the registry to be generally available for purchase by third parties;

It is **FURTHER ORDERED** that Defendants are enjoined from preventing or frustrating Plaintiffs' right, pursuant to the Domain Name Registration Agreement pursuant to the Domain Name Registration Agreement with Defendants, to renew the registration of the Domain;

It is **FURTHER ORDERED** that Defendants, their officers, agents, directors, affiliates, servants, employees, and all persons acting in concert with them are enjoined from selling, or otherwise transferring ownership, or allowing others to sell or transfer ownership interest in the Domain to any party, or purchasing or accepting ownership interest in the Domain; and

It is **FURTHER OREDERED** that Defendants are **ORDERED** to show cause why a preliminary injunction should not issue, pursuant to Fed. R. Civ. P. 65, enjoining Defendants from directly or indirectly committing the above-described acts during the pendency of this action.

**IT IS SO ORDERED.**

2