1
2
3
4
5
6

## IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8

9   Crisby Studio AB, et al.,                         No. CV-24-02165-PHX-SMB

10                    Plaintiffs,                      **ORDER**

11   v.

12   GoDaddy Incorporated, et al.,

13                    Defendants.

14

15          The Court having considered Plaintiffs Crisby Studio AB, and Niklas Thorin

16   ("Crisby" or "Plaintiff") motion pursuant to Fed. R. Civ.P. 65 and Local Rule 65.1 for a

17   temporary restraining order (Doc. 2) and good cause appearing,

18          **IT IS HEREBY ORDERED** that Plaintiffs' Motion is GRANTED.

19          **IT IS FURTHER ORDERED** Defendants GoDaddy, Inc., GoDaddy.com, LLC

20   and 123-Reg Limited (collectively "Defendants"), its officers, agents, directors, affiliates,

21   servants, employees, and all persons acting in concert with them, are hereby enjoined

22   from directly or indirectly causing the expiration of the calor.com domain name

23   ("Domain") or allowing the Domain to revert to the registry to be generally available for

24   purchase by third parties.

25          **IT IS FURTHER ORDERED** that Defendants are enjoined from preventing or

26   frustrating Plaintiffs' right, pursuant to the Domain Name Registration Agreement

27   pursuant to the Domain Name Registration Agreement with Defendants, to renew the

28   registration of the Domain.

**IT IS FURTHER ORDERED** that Defendants, their officers, agents, directors, affiliates, servants, employees, and all persons acting in concert with them are enjoined from selling, or otherwise transferring ownership, or allowing others to sell or transfer ownership interest in the Domain to any party, or purchasing or accepting ownership interest in the Domain; and

**IT IS FURTHER ORDERED** that Defendants are ORDERED to show cause why a preliminary injunction should not issue, pursuant to Fed. R. Civ. P. 65, enjoining Defendants from directly or indirectly committing the above-described acts during the pendency of this action.

**IT IS FURTHER ORDERED** setting a telephonic hearing to schedule the preliminary injunction hearing on **September 4, 2024 at 10:30 a.m.** (15 minutes allowed).

**IT IS FURTHER ORDERED** this order will expire on **September 6, 2024** unless extended by the Court.

Dated this 26th day of August, 2024.

Honorable Susan M. Brnovich
United States District Judge

- 2 -