IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Crisby Studio AB, et al.,<br>　　　　　Plaintiffs,<br>v.<br>GoDaddy Incorporated, et al.,<br>　　　　　Defendants. | No. CV-24-02165-PHX-SMB<br>**ORDER** |

A telephonic scheduling hearing was held.

**IT IS ORDERED** that Defendant shall file a Response to Plaintiff's Motion for Preliminary Injunction (Doc. 2) by **September 27, 2024**. Plaintiff shall file any Reply by **October 4, 2024**.

**IT IS FURTHER ORDERED** setting this matter for a hearing on Plaintiff's Motion for Preliminary Injunction (Doc. 2) on **October 15, 2024 at 1:00 p.m.** (3 hours allowed) before District Judge Susan M. Brnovich in Courtroom 506, Sandra Day O'Connor Federal Courthouse, 401 West Washington Street, Phoenix, Arizona 85003.

**IT IS FURTHER ORDERED** that the parties shall jointly prepare and file a pre-hearing statement by **October 11, 2024** setting forth the following information:

…

…

…

…

**A.     COUNSEL FOR THE PARTIES**

The parties shall include the mailing addresses, office phone numbers and e-mail addresses of counsel who will appear at the hearing.

Plaintiff:

Defendant:

**B.     STATEMENT OF JURISDICTION**

The parties shall cite the statutory bases for this Court's jurisdiction and state whether jurisdiction is or is not disputed. If jurisdiction is disputed, the party contesting jurisdiction shall set forth with specificity the bases for the objection.

**C.     WITNESSES**

If the parties rely on witness testimony in their briefing, no party shall conduct direct examination of witnesses at the Preliminary Injunction hearing, but rather the Court will rely on declarations and affidavits that have been timely filed prior to the hearing for direct testimony. However, the opposing party may conduct cross-examination of any witness. Accordingly, in the joint pre-hearing statement, each party shall separately list the names of its witnesses, their respective addresses, whether a fact or expert witness, and a brief statement as to the testimony of each witness.

The parties shall adhere to the following provision and include it in this section of the joint pre-hearing statement: "Each party understands that it is responsible for ensuring that the witnesses on whose testimony the party will rely are subpoenaed. Each party further understands that any witness whose testimony is offered to the Court shall be listed on that party's list of witnesses, and that party cannot rely on any witness having been listed or subpoenaed by another party."

**D.     EXHIBITS**

The parties shall file any exhibits with their briefs prior to the hearing. In the joint pre-hearing statement, each party shall list any objections it has to the opposing party's exhibits.

The parties shall adhere to the following provision and include it in this section of the joint pre-hearing statement: "Each party hereby acknowledges that, by signing this joint pre-hearing statement, any objections not specifically raised herein are waived."

**E.      PROPOSED BOND AMOUNT**

The parties shall each provide a proposed bond amount in the event the Court grants Plaintiff's Motion for Preliminary Injunction.

Dated this 4th day of September, 2024.

_____
Honorable Susan M. Brnovich
United States District Judge