# EXHIBIT B

English

ICANN|LOOKUP (/en)

# Registration data lookup tool

Enter a domain name or an Internet number resource (IP Network or ASN)

Frequently Asked Questions (FAQ) (/en/faq)

calor.com

Lookup

By submitting any personal data, I acknowledge and agree that the personal data submitted by me will be processed in accordance with the ICANN Privacy Policy (https://www.icann.org/privacy/policy), and agree to abide by the website Terms of Service (https://www.icann.org/privacy/tos) and the registration data lookup tool Terms of Use (unsafe:javascript:void(0)).

For additional information on ICANN Accredited Registrars including website and contact information, please visit https://www.icann.org/en/accredited-registrars (https://www.icann.org/en/accredited-registrars).

If the registration data you are seeking is not provided in the lookup results, please use the Registration Data Request Service (RDRS) (https://rdrs.icann.org/) to submit a request for nonpublic registration data. RDRS is intended for use by requestors with a legitimate interest in accessing nonpublic registration data.

## Domain Information

**Name:** CALOR.COM

**Registry Domain ID:** 11562_DOMAIN_COM-VRSN

**Domain Status:**
clientDeleteProhibited (https://icann.org/epp#clientDeleteProhibited)
clientRenewProhibited (https://icann.org/epp#clientRenewProhibited)
clientTransferProhibited (https://icann.org/epp#clientTransferProhibited)
clientUpdateProhibited (https://icann.org/epp#clientUpdateProhibited)

**Nameservers:**
PNS41.CLOUDNS.NET
PNS42.CLOUDNS.NET
PNS43.CLOUDNS.NET

PNS44.CLOUDNS.NET

## Dates

**Registry Expiration:** 2025-02-25 05:00:00 UTC

**Updated:** 2024-06-04 20:11:04 UTC

**Created:** 1996-02-24 05:00:00 UTC

## Contact Information

### Registrant:

**Handle:** 1

**Name:** Registration Private

**Organization:** Domains By Proxy, LLC

**Kind:** individual

**Mailing Address:** DomainsByProxy.com 100 S. Mill Ave, Suite 1600, Tempe, Arizona, 85281, US

**Contact Uri:** https://webform.meshdigital.com (https://webform.meshdigital.com)

### Administrative:

**Handle:** 2

**Name:** Registration Private

**Organization:** Domains By Proxy, LLC

**Kind:** individual

**Mailing Address:** DomainsByProxy.com 100 S. Mill Ave, Suite 1600, Tempe, Arizona, 85281, US

**Contact Uri:** https://webform.meshdigital.com (https://webform.meshdigital.com)

### Technical:

**Handle:** 3

**Name:** Registration Private

**Organization:** Domains By Proxy, LLC

**Kind:** individual

**Mailing Address:** DomainsByProxy.com 100 S. Mill Ave, Suite 1600, Tempe, Arizona, 85281, US

**Contact Uri:** https://webform.meshdigital.com (https://webform.meshdigital.com)

## Billing:

**Handle:** 4

**Name:** Registration Private

**Organization:** Domains By Proxy, LLC

**Kind:** individual

**Mailing Address:** DomainsByProxy.com 100 S. Mill Ave, Suite 1600, Tempe, Arizona, 85281, US

**Contact Uri:** https://webform.meshdigital.com (https://webform.meshdigital.com)

# Registrar Information

**Name:** 123-Reg Limited

**IANA ID:** 1515

**Abuse contact phone:** tel:+1.8779770099

# DNSSEC Information

**Delegation Signed:** Unsigned

# Authoritative Servers

**Registry Server URL:** https://rdap.verisign.com/com/v1/domain/calor.com (https://rdap.verisign.com/com/v1/domain/calor.com)

**Last updated from Registry RDAP DB:** 2024-09-27T17:55:54Z

**Registrar Server URL:** https://rdap.123-reg.co.uk/v1/domain/CALOR.COM (https://rdap.123-reg.co.uk/v1/domain/CALOR.COM)

**Last updated from Registrar RDAP DB:** 2024-09-27T17:55:54Z

# Notices and Remarks

## Notices:

### Status Codes

For more information on Whois status codes, please visit https://www.icann.org/epp
For more information on domain status codes, please visit https://icann.org/epp

https://icann.org/epp (https://icann.org/epp)

### RDDS Inaccuracy Complaint Form

URL of the ICANN RDDS Inaccuracy Complaint Form: https://www.icann.org/wicf

https://www.icann.org/wicf (https://www.icann.org/wicf)

### Terms of Use

By submitting an inquiry, you agree to these Universal Terms of Service
and limitations of warranty. In particular, you agree not to use this
data to allow, enable, or otherwise make possible, dissemination or
collection of this data, in part or in its entirety, for any purpose,
such as the transmission of unsolicited advertising and solicitations of
any kind, including spam. You further agree not to use this data to enable
high volume, automated or robotic electronic processes designed to collect
or compile this data for any purpose, including mining this data for your
own personal or commercial purposes, or use this data in any way that violates
applicable laws and regulations.

https://www.godaddy.com/agreements/showdoc?pageid=5403 (https://www.godaddy.com/agreements/showdoc?pageid=5403)



Youtube (https://www.youtube.com/icannnews)  Twitter (https://www.twitter.com/icann)  Linkedin (https://www.linkedin.com/company/icann)

Flickr (https://www.flickr.com/photos/icann)  Facebook (https://www.facebook.com/icannorg)



Newletters (https://www.icann.org/resources/pages/global-newsletter-2018)  Community Wiki (https://community.icann.org/)



ICANN Blog (https://www.icann.org/news/blog)

**WHO WE ARE** **CONTACT US** **ACCOUNTABILITY AND TRANSPARENCY** **GOVERNANCE** **HELP** **DATA PROTECTION**

© Internet Corporation for Assigned Names and Numbers. Privacy Policy (https://www.icann.org/privacy/policy) Terms of Service (https://www.icann.org/privacy/tos) Cookies Policy (https://www.icann.org/privacy/cookies)