# Exhibit RJN 1



# Domain Report - Calor.com

| | |
|---|---|
| Domain Name | **Calor.com** |
| Prepared On | **July 19, 2024** |



Website Screenshot taken 10/28/2012

## About This Report

This report documents a thorough analysis of the Internet domain name "**Calor.com**". It draws on the extensive DomainTools dataset and aims to deliver a comprehensive view of the domain's ownership profile, key historical events and technically linked domain names.

All data in this Report is, or was, freely available through standard Internet DNS and query protocols. DomainTools has not altered the data in any way from its original form, except in certain instances to format it for readability in this Report.

Data from DomainTools is presented as-is, and as captured from the original source. We make no representations or warranties of fitness of any kind.

## About DomainTools

For over 20 years, DomainTools has been the most popular domain research service on the internet because we have the most comprehensive coverage of generic and country code Top Level Domains. We have also collected and stored Whois and related hosting/DNS data to provide the most complete historical records in the industry.

DomainTools helps our users turn threat data into threat intelligence. We can help you connect indicators from your network, including domains and IPs, with others among the nearly 380 million active domains we track, leveraging over 13 billion DNS-related data points to build a map of "who's doing what" on the Internet. Fortune 100 companies, global government agencies, and leading security solution vendors use DomainTools as a critical ingredient in their threat investigation and mitigation work.

Reach us at memberservices@domaintools.com if you have any questions about this report.

# Ownership History

### Whois History for Calor.com

DomainTools has 120 distinct historical ownership records for Calor.com. The oldest record dates Feb 26, 2001. Each record is listed on its own page, starting with the most recent record. The date at the start of the section indicates the first time we captured the record. The website screenshot, when available, will be the image captured as close as possible to the record date.

### About Whois History

DomainTools takes periodic snapshots of domain name Whois records and stores them for subsequent analysis. The database contains billions of Whois records across hundreds of millions of domains, dating back in some cases to 2001.

## Whois Record on Mar 31, 2024

```
Domain Name: calor.com
Registry Domain ID: 11562_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.123-reg.co.uk
Registrar URL: https://www.123-reg.co.uk
Updated Date: 2024-03-26T02:00:10Z
Creation Date: 1996-02-24T00:00:00Z
Registrar Registration Expiration Date: 2024-02-25T00:00:00Z
Registrar: 123-Reg Limited
Registrar IANA ID: 1515
Registrar Abuse Contact Email: abuse@123-reg.co.uk
Registrar Abuse Contact Phone: +1.8779770099
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Registrant Organization: Afternic, LLC - On Behalf of Domain Owner
Registrant State/Province: DE
Registrant Country: US
Registrant Email: https://webform.meshdigital.com
Admin Email: https://webform.meshdigital.com
Tech Email: https://webform.meshdigital.com
Name Server: NS39.DOMAINCONTROL.COM
Name Server: NS40.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
For more information on Whois status codes, please visit https://icann.org/epp
```

Screenshot taken Oct 28, 2012

# Exhibit RJN 2



# Domain Report - Calor.com

| | |
|---|---|
| Domain Name | **Calor.com** |
| Prepared On | **July 19, 2024** |


Website Screenshot taken 10/28/2012

## About This Report

This report documents a thorough analysis of the Internet domain name "**Calor.com**". It draws on the extensive DomainTools dataset and aims to deliver a comprehensive view of the domain's ownership profile, key historical events and technically linked domain names.

All data in this Report is, or was, freely available through standard Internet DNS and query protocols. DomainTools has not altered the data in any way from its original form, except in certain instances to format it for readability in this Report.

Data from DomainTools is presented as-is, and as captured from the original source. We make no representations or warranties of fitness of any kind.

## About DomainTools

For over 20 years, DomainTools has been the most popular domain research service on the internet because we have the most comprehensive coverage of generic and country code Top Level Domains. We have also collected and stored Whois and related hosting/DNS data to provide the most complete historical records in the industry.

DomainTools helps our users turn threat data into threat intelligence. We can help you connect indicators from your network, including domains and IPs, with others among the nearly 380 million active domains we track, leveraging over 13 billion DNS-related data points to build a map of "who's doing what" on the Internet. Fortune 100 companies, global government agencies, and leading security solution vendors use DomainTools as a critical ingredient in their threat investigation and mitigation work.

Reach us at memberservices@domaintools.com if you have any questions about this report.

# Ownership History

## Whois History for Calor.com

DomainTools has 120 distinct historical ownership records for Calor.com. The oldest record dates Feb 26, 2001. Each record is listed on its own page, starting with the most recent record. The date at the start of the section indicates the first time we captured the record. The website screenshot, when available, will be the image captured as close as possible to the record date.

## About Whois History

DomainTools takes periodic snapshots of domain name Whois records and stores them for subsequent analysis. The database contains billions of Whois records across hundreds of millions of domains, dating back in some cases to 2001.

# Whois Record on Apr 10, 2024

```
Domain Name: calor.com
Registry Domain ID: 11562_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.123-reg.co.uk
Registrar URL: https://www.123-reg.co.uk
Updated Date: 2024-04-07T21:00:34Z
Creation Date: 1996-02-24T00:00:00Z
Registrar Registration Expiration Date: 2025-02-25T00:00:00Z
Registrar: 123-Reg Limited
Registrar IANA ID: 1515
Registrar Abuse Contact Email: abuse@123-reg.co.uk
Registrar Abuse Contact Phone: +1.8779770099
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 2155 E Warner Rd
Registrant City: Tempe
Registrant State/Province: Arizona
Registrant Postal Code: 85284
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: https://webform.meshdigital.com
Registry Admin ID: Not Available From Registry
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 2155 E Warner Rd
Admin City: Tempe
Admin State/Province: Arizona
Admin Postal Code: 85284
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: https://webform.meshdigital.com
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 2155 E Warner Rd
Tech City: Tempe
Tech State/Province: Arizona
Tech Postal Code: 85284
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
```

Screenshot taken Oct 28, 2012

```
Tech Fax:
Tech Fax Ext:
Tech Email: https://webform.meshdigital.com
Name Server: PNS41.CLOUDNS.NET
Name Server: PNS42.CLOUDNS.NET
Name Server: PNS43.CLOUDNS.NET
Name Server: PNS44.CLOUDNS.NET
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
For more information on Whois status codes, please visit https://icann.org/epp
```

# Exhibit RJN 3



# Domain Report - Calor.com

| | |
|---|---|
| Domain Name | **Calor.com** |
| Prepared On | **July 19, 2024** |



Website Screenshot taken 10/28/2012

## About This Report

This report documents a thorough analysis of the Internet domain name "**Calor.com**". It draws on the extensive DomainTools dataset and aims to deliver a comprehensive view of the domain's ownership profile, key historical events and technically linked domain names.

All data in this Report is, or was, freely available through standard Internet DNS and query protocols. DomainTools has not altered the data in any way from its original form, except in certain instances to format it for readability in this Report.

Data from DomainTools is presented as-is, and as captured from the original source. We make no representations or warranties of fitness of any kind.

## About DomainTools

For over 20 years, DomainTools has been the most popular domain research service on the internet because we have the most comprehensive coverage of generic and country code Top Level Domains. We have also collected and stored Whois and related hosting/DNS data to provide the most complete historical records in the industry.

DomainTools helps our users turn threat data into threat intelligence. We can help you connect indicators from your network, including domains and IPs, with others among the nearly 380 million active domains we track, leveraging over 13 billion DNS-related data points to build a map of "who's doing what" on the Internet. Fortune 100 companies, global government agencies, and leading security solution vendors use DomainTools as a critical ingredient in their threat investigation and mitigation work.

Reach us at memberservices@domaintools.com if you have any questions about this report.

# Ownership History

## Whois History for Calor.com

DomainTools has 120 distinct historical ownership records for Calor.com. The oldest record dates Feb 26, 2001. Each record is listed on its own page, starting with the most recent record. The date at the start of the section indicates the first time we captured the record. The website screenshot, when available, will be the image captured as close as possible to the record date.

## About Whois History

DomainTools takes periodic snapshots of domain name Whois records and stores them for subsequent analysis. The database contains billions of Whois records across hundreds of millions of domains, dating back in some cases to 2001.

# Whois Record on Jun 5, 2024

```
Domain Name: calor.com
Registry Domain ID: 11562_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.123-reg.co.uk
Registrar URL: https://www.123-reg.co.uk
Updated Date: 2024-06-04T15:11:01Z
Creation Date: 1996-02-24T00:00:00Z
Registrar Registration Expiration Date: 2025-02-25T00:00:00Z
Registrar: 123-Reg Limited
Registrar IANA ID: 1515
Registrar Abuse Contact Email: abuse@123-reg.co.uk
Registrar Abuse Contact Phone: +1.8779770099
Reseller: 123 Reg
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 100 S. Mill Ave, Suite 1600
Registrant City: Tempe
Registrant State/Province: Arizona
Registrant Postal Code: 85281
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: https://webform.meshdigital.com
Registry Admin ID: Not Available From Registry
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 100 S. Mill Ave, Suite 1600
Admin City: Tempe
Admin State/Province: Arizona
Admin Postal Code: 85281
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: https://webform.meshdigital.com
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 100 S. Mill Ave, Suite 1600
Tech City: Tempe
Tech State/Province: Arizona
Tech Postal Code: 85281
Tech Country: US
Tech Phone: +1.4806242599
```

Screenshot taken Oct 28, 2012